**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**VERNITA M. McDONALD**                                                    **PLAINTIFF**

**v.**                                **CIVIL ACTION NO. 3:19-cv-279-JMV**

**ANDREW M. SAUL, COMMISSIONER**
**OF THE SOCIAL SECURITY ADMINISTRATION**                  **DEFENDANT**

**ORDER GRANTING UNOPPOSED MOTION TO REVERSE AND REMAND**

THIS CAUSE having come on for hearing on the Defendant's Motion to Reverse and Remand [ECF No. 15] and this Court, having considered the same and being fully advised in the premises, and noting that Plaintiff Vernita McDonald has no objection, is of the opinion that said Motion for Remand is well taken and should be, and the same is, hereby granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Defendant's Motion to Reverse and Remand is GRANTED, and the unfavorable decision denying Plaintiff's claim for Title II Disability Insurance Benefits is REVERSED and REMANDED for further action by the Commissioner of the Social Security Administration pursuant to the fourth sentence of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS, FURTHER, ORDERED that on remand an Administrative Law Judge shall consider the borderline age situation as defined in 20 C.F.R. § 404.1563(b) and decide whether the higher age classification should be applied in this case.

SO ORDERED this the 31st day of March, 2020.

                                                                      /s/ Jane M. Virden
                                                                      UNITED STATES MAGISTRATE JUDGE

PREPARED BY AND AGREED TO:

*/s/ J. Luke Benedict*
J. Luke Benedict - MS BAR #102992
Assistant United States Attorney
Northern District of Mississippi
Ethridge Professional Building
900 Jefferson Avenue
Oxford, MS 38655-3608
Telephone: (662) 234-3351
E-Mail: luke.benedict@usdoj.gov
*Attorney for Andrew Saul, Commissioner of the Social Security Administration*

AGREED TO:

*/s/ Leanna Reynolds (with permission)*
Leanna Reynolds – MS BAR #104947
Thomas U. Reynolds Law Firm
P.O. Drawer 280
Charleston, MS 38921
Telephone: (662) 647-3203
E-Mail: reynoldsleanna@gmail.com
*Attorney for Plaintiff Vernita McDonald*