# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**VERNITA M. McDONALD**                                                  **PLAINTIFF**

**v.**                                                  **CIVIL ACTION NO. 3:19-cv-279-JMV**

**ANDREW SAUL,** *COMMISSIONER*
*OF SOCIAL SECURITY*                                                    **DEFENDANT**

## FINAL JUDGMENT

Consistent with the Order [17] granting Defendant's motion for remand of this case,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that this case is REVERSED and REMANDED for further action by the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g).

SO ORDERED this 31st day of March, 2020.

                                                               /s/ Jane M. Virden
                                                                UNITED STATES MAGISTRATE JUDGE